UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LLOYD MUENNINK** § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 1:16-cv-1239-RP** |
| § | |
| **TRAVELERS LLOYDS OF TEXAS** § | |
| **INSURANCE COMPANY,** § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on for consideration the Agreed Motion to Dismiss filed by Plaintiff Lloyd Muennink ("Plaintiff"), and Defendant Travelers Lloyds of Texas Insurance Company, ("Defendant") in the above-entitled and numbered cause. This Court, having considered said Motion is of the opinion that it should be in all things granted.

It is accordingly ORDERED, ADJUDGED and DECREED that all claims brought in this case by Plaintiff Lloyd Muennink against Defendant Travelers Lloyds of Texas Insurance Company are hereby DISMISSED WITH PREJUDICE.

All costs of Court and attorneys' fees shall be borne by the party incurring the same.

SIGNED on April 20, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| KETTERMAN, ROWLAND, & WESTLUND<br>16500 San Pedro, Suite 302<br>San Antonio, Texas 78232<br>Telephone:  (210) 490-4357<br><br>By: /s/ Brennan Kucera<br>Brennan Kucera<br>State Bar No. 24076491<br><br><br>**ATTORNEY FOR PLAINTIFF** | SKELTON & WOODY<br>248 Addie Roy Road, Suite B-302<br>Austin, Texas 78746<br>Telephone:  (512) 651-7000<br>Facsimile:   (512) 651-7001<br><br>By:   /s/ Edward F. Kaye<br>      J. Hampton Skelton<br>      State Bar No. 18457700<br>      hskelton@skeltonwoody.com<br>      Edward F. Kaye<br>      State Bar No. 24012942<br>      ekaye@skeltonwoody.com<br>      R. Ashley Applewhite<br>      State Bar No. 24059388<br>      aapplewhite@skeltonwoody.com<br><br>**ATTORNEYS FOR DEFENDANT** |